IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                    CASE NO. 4:05CR000320 JMM

CLEMENTE LOPEZ MANCILLAS
JESUS NUNEZ GARCIA

**ORDER**

The government's Motion to Dismiss Without Prejudice the case against Clemente Lopez Mancillas and Jesus Nunez Garcia is granted (#303). The March 9, 2006 superseding indictment against defendants Clemente Lopez Mancillas and Jesus Nunez Garcia is dismissed.

IT IS SO ORDERED this __28__ day of October, 2008.

James M. Moody
United States District Judge